IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELISSA KELLEY                                                            PLAINTIFF

v.                    NO. 3:17-cv-00285 PSH

NANCY A. BERRYHILL, Acting Commissioner          DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 12th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE